# Exhibit A

## CONSENT TO JOIN AND PARTICIPATE AS PARTY PLAINTIFF

I hereby give my consent to be a party plaintiff in this case, and agree to be bound by any settlement or judgment of the Court in this action. I understand that this lawsuit, *Lewis, et al. v. Huntington Bancshares, Inc., et al.* has been filed to recover alleged unpaid overtime compensation and other damages and relief available under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Date: _1/17/11_

_____
SIGNATURE

_Tom Lewis_
NAME (Please Print Clearly)