IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TOM LEWIS, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | Case No. C2-11-CV-0058 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| THE HUNTINGTON NATIONAL BANK, : | |
| : | Magistrate Judge Terrence P. Kemp |
| Defendant. : | |

**OPINION AND ORDER**

**I. INTRODUCTION**

This is an action under federal and state law for unpaid overtime wages and related relief. On May 23, 2011, the Court granted conditional class certification and ordered the Parties to submit a proposed Notice to be distributed to potential class members (Doc. 45). The Parties have filed a proposed notice to which they both consent, as well as an agreed-upon Consent to Join form (Doc. 48). The Court now in its discretion **APPROVES** both the Notice and the Consent to Join forms and **GRANTS** the Parties' joint motion requesting approval subject to the following condition: the semicolon before the word "because" in Part VI shall be replaced with a period, the word "because" shall be deleted, and the "t" in the word "the" shall be capitalized.

    IT IS SO ORDERED.

                                    s/Algenon L. Marbley
                                    **ALGENON L. MARBLEY**
                                    **United States District Court Judge**

**DATE:** June 20, 2011